OPINION — AG — ** DUAL OFFICE HOLDING — CITY MANAGER — CITY'S URBAN RENEWAL AGENCY ** UNDER 11 O.S. 1669 [11-1669], A CITY MANAGER MAY 'NOT' SERVE SIMULTANEOUSLY AS DIRECTOR OR MEMBER OF HIS CITY'S URBAN RENEWAL AGENCY. (MUNICIPALITY MAYOR, OFFICER, FEDERAL FUNDS) CITE: 11 O.S. 961.29 [11-961.29], 11 O.S. 1669 [11-1669], 11 O.S. 1670 [11-1670] (DONALD B. NEVARD)